IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
MARTHA LUISA ALMANZA, : CHAPTER 13
a/k/a MARTHA L. ALMANZA, :
a/k/a MARTHA ALMANZA, : CASE NO. 5:21-bk-02467
    Debtor :

**CHAPTER 13 DEBTOR'S PRE-CONFIRMATION CERTIFICATION OF
COMPLIANCE WITH POST PETITION DOMESTIC SUPPORT OBLIGATIONS**

I, Martha Luisa Almanza upon oath or affirmation, hereby certify as follows:

1. That the below information is being supplied for compliance with the confirmation hearing date on February 1, 2022

2. That all post-petition amounts required to be paid under any and all Domestic Support Obligations have been paid as required by 11 U.S.C. § 1325(a)(8).

3. That all applicable Federal, State, and local tax returns, as required by 11 U.S.C. § 1308 have been filed.

4. If this Certification is being signed by counsel for Debtor, that the Debtor was duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment for perjury.

DATED: December 27, 2021     By:    /s/ Vincent Rubino, Esq.
                                                                    Counsel for Debtor

DATED: December 27, 2021     By:    /s/ Martha Luisa Almanza
                                                                    Martha Luisa Almanza, Debtor