UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MARTHA LUISA ALMANZA : CHAPTER 13
       Debtor(s) :
        :
JACK N. ZAHAROPOULOS :
STANDING CHAPTER 13 TRUSTEE :
       Movant :
        :
       vs. :
        :
MARTHA LUISA ALMANZA :
       Respondent(s) : CASE NO.   5-21-bk-02467


## WITHDRAWAL OF TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

      AND NOW, this   31st   day of January, 2022, comes Jack N. Zaharopoulos,

Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed

on or about January 4, 2022 be withdrawn as all issues have been resolved.

                  Respectfully submitted:

                  /s/Jack N. Zaharopoulos
                  Standing Chapter 13 Trustee
                  8125 Adams Drive, Suite A
                  Hummelstown, PA 17036
                  (717) 566-6097


## CERTIFICATE OF SERVICE

      AND NOW, this   31st   day of January, 2022, I hereby certify that I have served
the within Motion by electronically notifying parties or by depositing a true and correct copy of
the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class
mail, addressed to the following:

Vincent Rubino, Esquire
712 Monroe Street
P.O. Box 511
Stroudsburg, PA   18360

                  /s/Deborah A. Behney
                  Office of Jack N. Zaharopoulos
                  Standing Chapter 13 Trustee