United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-02467-MJC |
| Martha Luisa Almanza | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Martha Luisa Almanza, 205 Spicebrush Drive, East Stroudsburg, PA 18301-7028 |
| 5446670 | + | AMOS FINANCIAL, C/O ERIK M. HELBING, ESQ., 1328 SECOND AVENUE, BERWICK, PA 18603-1616 |
| 5446671 | | ROCKET MORTGAGE, PO BOX 6577, CAROL STREAM, IL 60197-6577 |
| 5449133 | + | Rocket Mortgage, LLC fka Quicken Loans at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5449853 | + | Email/Text: bk@amosfinancial.com | Feb 26 2025 18:40:00 | Amos Financial LLC, 3330 Skokie Valley Road, Suite 301, Highland Park, IL 60035-1044 |
| 5455370 | | Email/Text: ECMCBKNotices@ecmc.org | Feb 26 2025 18:40:00 | ECMC, PO Box 16408, St Paul, MN 55116-0408 |
| 5446672 | | Email/Text: edbknotices@ecmc.org | Feb 26 2025 18:40:00 | US DEPARTMENT OF EDUCATION, PO BOX 4222, IOWA CITY, IA 52244 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Feb 28, 2025 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J Lemon | |

| | |
|---|---|
| | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC blemon@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Martha Luisa Almanza lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 5

## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Martha Luisa Almanza,<br>aka Martha L. Almanza, aka Martha Almanza, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:21−bk−02467−MJC |

Social Security No.:
          xxx−xx−3324

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Martha Luisa Almanza** in accordance with §1328 of the Bankruptcy Code.

By the Court,

_/s/ Mark J. Conway_

Mark J. Conway, United States Bankruptcy Judge

Dated: February 26, 2025

**fnldec** (01/22)